**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge          :

Case No. 3:26-cr-00035-SHL-SBJ-1          :  Clerk's Court Minutes – Detention Hearing

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| United States of America | : | Jayden Albert Garcia |

Plaintiff(s) Counsel: Kaitlyn R. Macaulay for Zaehringer          :     All parties consent to video proceedings

Defendant(s) Counsel: Diane S. Zitzner          :     ☐Yes  ☐No

Defendant's Appearance: ✔In Person  ☐Video Conference          :     Interpreter:

Court Reporter: Karla Hale          :     ☐Interpreter Sworn

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Government's Oral Motion for Detention [#13] | Granted | : | |

☐Court found that probable cause exists that the
  defendant committed the offense(s) charged

☐Court did not find that probable cause exists that
  the defendant committed the offense(s) charged

☐Government agrees to release on bond

✔Court advises Defendant/Government of right to appeal

Court issues ruling and orders Defendant:

✔Detained pending further proceedings

☐Released on conditions

☐Court takes matter under advisement;
  Defendant to remain detained pending
  ruling on this matter

Additional Information

Government calls witness Detective Matthew Johnson.  Witness sworn and testifies.  Proffer by defense.
Argument by government.  Argument by defense.

Court grants the oral motion for detention and orders the Defendant remanded to the custody of the USMS
pending trial.

Time Start: 11:46 am

Time End: 12:34 pm

   Date: June 8, 2026

/s/ Brian Phillips

Deputy Clerk